**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Nicole D. James<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 23-12980 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-SL1 and index same on the master mailing list.

    Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
09 Oct 2023, 16:28:15, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: a41518ae51886a7c1bc3a8400cd73602088c529cbef8f4b04168a7176e3fd7fc