United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 23-12980-amc |
|---|---|
| Nicole D. James | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Dec 13, 2023 | Form ID: pdf900 | Total Noticed: 67 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole D. James, 8525 Mansfield Avenue, Philadelphia, PA 19150-3207 |
| 14819708 | | Barden, Thorwarth, Daughtridge, PO Box 1928, Voorhees, NJ 08043 |
| 14819709 | | Black Expressions, PO Box 6404, Camp Hill, PA 17012 |
| 14819712 | | Chestnut Hill Hospital, PO Box 504148, Saint Louis, MO 63150-0001 |
| 14819715 | + | Citifinancial Services, 1000 Technology Drive, O Fallon, MO 63368-2239 |
| 14819727 | + | DSNB, PO Box 469100, Escondido, CA 92046-9100 |
| 14819728 | + | Enhanced Recovery Corp., 10550 Derwood Park Blvd., Suite 600, Jacksonville, FL 32256-2811 |
| 14819730 | | Frank James Jr., 8525 Mansfield Avenue, Philadelphia, PA 19150-3207 |
| 14819739 | | Midland Funding LLC, 1315 Aero Drive, San Diego, CA 92123 |
| 14819744 | | Ocwen, PO Box 6440, Carol Stream, IL 60197-6440 |
| 14819748 | + | Phelan Hallihan & Schmeig, LLP, One Penn Center at Suburban Station, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14819750 | | Philadelphia Department of Streets, PO Box 966, Philadelphia, PA 19105-0966 |
| 14819753 | + | RJM Acquisitions, P.O. Box 12023, Hauppauge, NY 11788-0816 |
| 14819752 | | Residential Credit Opportunities Trust, co FCI Lender Services Inc., PO Box 27370, Orlando, FL 32809 |
| 14836131 | + | Residential Credit Opportunities Trust V-C, co FCI Lender Services Inc, PO Box 27370, Anaheim Hills, CA 92809-0112 |
| 14819754 | ++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901 address filed with court:, Sprint, PO Box 6419, Carol Stream, IL 60197-6419 |
| 14819755 | #+ | Suburban Credit Corporation, SCC Services, PO Box 30640, Alexandria, VA 22310-8640 |
| 14819756 | | Tri-County Emergency Physicians LL, PO Box 347028, Pittsburgh, PA 15251-7028 |
| 14822234 | + | U.S. Bank National Association, as Trustee, C/O Mark A. Cronin, KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14819758 | + | Verizon Pennsylvania, 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 14822278 | + | Wells Fargo Bank ,et al, C/O Ryan Starks, Esquire, Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 13 2023 23:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 13 2023 23:56:00 | Wells Fargo Bank, National Association, as Trustee, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |
| 14819706 | | Email/Text: g17768@att.com | Dec 13 2023 23:56:00 | AT&T, P.O. Box 8212, Aurora, IL 60572-8212 |
| 14819707 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 13 2023 23:56:00 | Bank of America, 4161 Piedmont Parkway, Greensboro, NC 27410 |
| 14819710 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 14 2023 00:05:32 | CACH, LLC, 4340 South Monaco Street, 2nd Floor, Denver, CO 80237-3485 |
| 14819720 | | Email/Text: megan.harper@phila.gov | | |

Case 23-12980-amc    Doc 19    Filed 12/15/23    Entered 12/16/23 00:32:20    Desc Imaged
                                 Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 13, 2023 | Form ID: pdf900 | Total Noticed: 67 |

| | | | |
|---|---|---|---|
| | | Dec 13 2023 23:56:00 | City of Philadelphia, C/O Law Department, 1401 JFK Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14819719 | Email/Text: megan.harper@phila.gov | Dec 13 2023 23:56:00 | City of Philadelphia, Law Department-Bankruptcy Unit, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14819718 | Email/Text: megan.harper@phila.gov | Dec 13 2023 23:56:00 | City of Philadelphia, Law-Tax & Revenue Unit, 1401 JFK Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14819721 | Email/Text: megan.harper@phila.gov | Dec 13 2023 23:56:00 | City of Philadelphia, c/o Law Department, 1515 Arch Street, 14th Floor, Philadelphia, PA 19107 |
| 14819761 | Email/Text: megan.harper@phila.gov | Dec 13 2023 23:56:00 | Water Revenue Bureau, c/o City of Philadelphia Law Depart, Bankruptcy Group, MSB, 1401 JFK Blvd., Philadelphia, PA 19102-1595 |
| 14819714 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2023 00:05:34 | Citi, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 14819713 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2023 00:05:48 | Citi, 701 E 60th Street North, Sioux Falls, SD 57104-0432 |
| 14819716 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2023 00:05:48 | Citimortgage, Inc., PO box 6030, Sioux Falls, SD 57117-6030 |
| 14819717 | Email/Text: megan.harper@phila.gov | Dec 13 2023 23:56:00 | City of Philadelphia, Department of Revenue, PO Box 148, Philadelphia, PA 19105-0148 |
| 14819722 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2023 23:56:00 | Comenity, PO Box 659728, San Antonio, TX 78265 |
| 14819723 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2023 23:56:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14819724 | + Email/Text: convergent@ebn.phinsolutions.com | Dec 13 2023 23:56:00 | Convergent Outsourcing, 800 SW 39th St, Renton, WA 98057-4927 |
| 14819726 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2023 00:05:41 | Department Stores National bank, PO Box 8053, Mason, OH 45040 |
| 14819736 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2023 00:05:48 | Macy's, PO Box 4564, Carol Stream, IL 60197-4564 |
| 14819737 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2023 00:05:36 | Macys, P.O. Box 183083, Columbus, OH 43218-3083 |
| 14819738 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2023 00:05:35 | Macys, PO Box 8218, Mason, OH 45040 |
| 14819725 | Email/Text: bnc-quantum@quantum3group.com | Dec 13 2023 23:56:00 | Department Stores National Bank, c/o Quantum 3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14819729 | Email/Text: bknotice@ercbpo.com | Dec 13 2023 23:56:00 | Enhanced Recovery Corp., 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14819731 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 14 2023 00:05:47 | GECRB, PO Box 965007, Orlando, FL 32896-5005 |
| 14819732 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Dec 13 2023 23:56:00 | HSBC Bank, PO Box 5253, Carol Stream, IL 60197-5253 |
| 14819733 | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Dec 13 2023 23:56:00 | HSBC NV, P.O. Box 98706, Las Vegas, NV 89193-8706 |
| 14819711 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 14 2023 00:05:41 | Chase Bank USA, PO Box 15298, Wilmington, DE 19850 |
| 14819734 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2023 23:56:00 | Lane Bryant, PO Box 182121, Columbus, OH 43218-2121 |
| 14819735 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2023 23:56:00 | Lane Bryant Retail, 450 Winks Lane, Bensalem, PA 19020-5932 |
| 14819740 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 13 2023 23:56:00 | Midland Funding LLC, 8875 Aero Drive, Ste 200, |

Case 23-12980-amc   Doc 19   Filed 12/15/23   Entered 12/16/23 00:32:20   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 13, 2023 | Form ID: pdf900 | Total Noticed: 67 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | San Diego, CA 92123-2255 |
| 14819742 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 13 2023 23:56:00 | Nationstar Mortgage, LLC, attn: Bankruptcy Department, PO Box 630267, Irving, TX 75063 |
| 14819741 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 13 2023 23:56:00 | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 14819743 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2023 23:56:00 | New York & Company, PO Box 659728, San Antonio, TX 78265-9728 |
| 14819745 | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 13 2023 23:56:00 | Ocwen Loan Servicing, 1661 Worthington RD, STE 100, West Palm Beach, FL 33409-6493 |
| 14819747 | ^ | MEBN | Dec 13 2023 23:54:53 | PGW, Credit and Collections Department, 800 West Montgomery Avenue, 3rd Floor, attn: Liens and Judgments Section, Philadelphia, PA 19122-2806 |
| 14819749 | | Email/Text: BKEBN-Notifications@ocwen.com | Dec 13 2023 23:56:00 | PHH Mortgage, attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 14822279 | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 13 2023 23:56:00 | PHH Mortgage Corporation, 1661 Worthington Rd., Ste. 100, West Palm Beach, Florida 33409-6493 |
| 14819746 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2023 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0496 |
| 14821147 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2023 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14833493 | ^ | MEBN | Dec 13 2023 23:54:52 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia PA 19122-2898 |
| 14819751 | | Email/Text: bnc-quantum@quantum3group.com | Dec 13 2023 23:56:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14819757 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 13 2023 23:56:00 | U.S. Bank NA, c/o Nationstar Mortgage LLC, Attention: Bankruptcy Department, PO box 619096, Dallas, TX 75261-9096 |
| 14837182 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 13 2023 23:56:00 | U.S. Bank National Association, at. el, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14819759 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 13 2023 23:56:00 | Verizon Pennsylvania, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 14819760 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2023 23:56:00 | Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 14819762 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2023 23:56:00 | WFNNB/Ashley Stewart, PO Box 182789, Columbus, OH 43218-2789 |

TOTAL: 46

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14837958 | * | PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2005-OP2, Mortgage Pass-Through Certificates, Series 2005-OP2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill bkgroup@kmllawgroup.com |
| MICHAEL D. SAYLES | on behalf of Debtor Nicole D. James midusa1@comcast.net michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| STEPHEN R. STARKS | on behalf of Creditor Wells Fargo Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trus ryan.starks@brockandscott.com, wbecf@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| NICOLE D. JAMES, | : | |
| Debtor | : | Bky. No. 23-12980 AMC |

# O R D E R

AND, the court having scheduled a hearing to consider whether this case should be dismissed and the Debtor prohibited from refiling any future bankruptcy cases for a period of 365 days;

AND, the Debtor having failed to appear at the hearing;

It is hereby **ORDERED** that:

1. The above bankruptcy case is **DISMISSED**.

2. The Debtor is **PROHIBITED** from filing another bankruptcy case for a period of 365 days. The bar on refiling expires on **December 12, 2024.**

Date: Dec. 13, 2023

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE